UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARQUES REED, SHARON REED,　　　　　　　　　　　Civil Action No.:
　　　　　　　　　　　　　　　　　　　　　　　　　11-CV-7547
　　　　　　　　　　　　Plaintiffs,

　　　　　　　　　　　　　　　　　　　　　　　　　**RULE 7.1 STATEMENT**

　　-against-

FRIEDMAN MGT CORP.; DAVID DASILVA;
VICLAR REALTY CORP.

　　　　　　　　　　　　Defendants.
------------------------------------------------------------------X

　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendants FRIEDMAN MGT. CORP.; DAVID DASILVA; VICLAR REALTY CORP. certifies the following:

A.　　FRIEDMAN MGT. CORP.

1.　　There are no parent companies of the corporation:

2.　　There is no publicly held corporation that owns ten percent (10%) or more of the corporation's stock:

B.　　VICLAR REALTY CORP.

1.　　Alfred S. Friedman Management Corp. is the parent corporation.

2. There is no publicly held corporation that owns ten percent (10%) or more of the corporation's stock.

Dated: New York, New York
November 23, 2011

Respectfully submitted,

RUBIN, FIORELLA & FRIEDMAN LLP

By: _____
Kenneth S. Fiorella, Esq. (KS 0282)
Counsel for Defendants
*Alfred S. Friedman Management Corp.*
*(improperly s/h/a Friedman Mgt Corp.),*
*Viclar Realty Corp., and David DaSilva.*
292 Madison Avenue, 11th Floor
New York, New York 10017
TEL: (212) 953-2381
FAX: (212) 953-2462
Email: kfiorella@rubinfiorella.com

TO: Sharon Reed
11754 Flanders Street
Detroit, Michigan 48205

Marques Reed
1858 7th Avenue
Apt #2C
New York, New York 10026