UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARQUES REED, SHARON REED,

                           Plaintiffs,

-against-

FRIEDMAN MGT CORP.; DAVID DASILVA;
VICLAR REALTY CORP.

                           Defendants.
-------------------------------------------------------------------X

Civil Action No.:
11-CV-7547

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK  )

        **DOREEN CAMPO**, being duly sworn, deposes and says:

        I am not a party to the action, I am over 18 years of age and reside in the County of Queens, State of New York. That on the 8th day of December, 2011, deponent served the within **AFFIDAVIT OF KENNETH FIORELLA IN REPLY TO PLAINTIFF'S OPPOSITION** upon:

Sharon Reed
11754 Flanders Street
Detroit, Michigan 48205

Marques Reed
1858 7th Avenue
Apt #2C
New York, New York 10026

in this action at the address designated by said attorney for that purpose by depositing same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                              **DOREEN CAMPO**

Sworn to before me this
8th day of December, 2011.

Notary Public
SUSAN RYAN
Notary Public, State of New York
No. 43-4912244
Qualified in Richmond County
Commission Expires November 9, 20 13