USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

SHARON REED & MARQUES S. REED,

Plaintiffs,

11 **CIVIL** 7547 (JPO)

-against-

**JUDGMENT**

FRIEDMAN MGT. CORP., et al.,

Defendants.

---------------------------------------------------------------X

Defendants having moved to dismiss the complaint, and the matter having come before the

Honorable J. Paul Oetken, United States District Judge, and the Court, on April 12, 2012, having

rendered its Memorandum and Order granting Defendants' motion to dismiss the complaint, and

dismissing the complaint in its entirety with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum and Order dated April 12, 2012, Defendants' motion to dismiss the complaint

is granted, and the complaint is dismissed in its entirety with prejudice; accordingly, the case is

closed.

**Dated:** New York, New York
April 13, 2012

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____