UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARON REED  MARQUES S. REED

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

11 Civ. 7541

- against -

FRIEDMAN MGT CORP., et al.

**NOTICE OF APPEAL IN A CIVIL CASE**

RECEIVED MAY 14 2012 PRO SE OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 14 2012

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that  Sharon Reed
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

Dismissal
*(describe the judgment)*

entered in this action on the  13  day of  4 , 20 12 .
 *(date)*  *(month)*  *(year)*

Signature

11754 Flanders St
*Address*

Detroit MI. 48205
*City, State & Zip Code*

DATED: May 10 , 20 12        (646) 683-1553
*Telephone Number*

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*